ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963
   Email: Bruce.Smith@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

FILED
07 DEC 19 AM 8:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                    DEPUTY

8                UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

                                              07 CV 2370 W LSP

10 UNITED STATES OF AMERICA,     )  Civil No.
                                 )
11              Plaintiff,       )  COMPLAINT FOR
                                 )  FORFEITURE
12      v.                       )
                                 )
13 ONE 2000 CHEVROLET SILVERADO  )
   TRUCK, BAJA CALIFORNIA,       )
14 MEXICO LICENSE NO. BM86231    )
   VIN 1GCEC14V1YZ248371,        )
15 ITS TOOLS AND APPURTENANCES,  )
                                 )
16              Defendant.       )
                                 )
17 _____)

18      By way of complaint against the defendant ONE 2000 CHEVROLET

19 SILVERADO TRUCK, BAJA CALIFORNIA, MEXICO LICENSE NO. BM86231,

20 VIN 1GCEC14V1YZ248371, ITS TOOLS AND APPURTENANCES, the

21 United States of America alleges:

22      1.   This Court has jurisdiction over this action by virtue

23 of the provisions of Title 28, United States Code, Section 1355.

24      2.   Venue is proper in this district pursuant to Title 28,

25 United States code, Section 1395 because the acts or omissions

26 giving rise to the forfeiture occurred in this district.

27 ///

28 2007v00659:BCS:ah

1     3.     On May 23, 2007, Jorge Flores-Gomez (hereinafter referred to as "Flores-Gomez") entered the United States from Mexico at the Port of Entry, San Ysidro, California as the driver and sole occupant of the defendant 2000 Chevrolet Silverado truck, bearing Baja California, Mexico License plate BM86231 (hereinafter referred to as "Chevrolet truck"). Flores-Gomez was waiting in line in the pre-primary inspection area when a Customs and Border Protection (hereinafter referred to as "CBP") Narcotics Detection Dog, "Echo", alerted and responded to the bed of the defendant Chevrolet truck. CBP Canine Enforcement Officer Smithson recognized Echo's behavior as indicating the dog detected the scent of some type of controlled substance being emitted from the defendant Chevrolet truck. Flores-Gomez and the defendant Chevrolet truck were escorted to the vehicle secondary inspection lot for further examination.

   A.    Flores-Gomez was greeted in the secondary lot by CBP Officer Cortez. Flores-Gomez stated he was a citizen of Mexico and presented a Visa/Border Crosser Card as identification. He declared he was bringing nothing from Mexico. Flores-Gomez handed the CBP officer the Baja California registration document for the defendant Chevrolet truck. The document indicated Flores-Gomez was the registered owner. Flores-Gomez told the CBP officer he had owned the defendant Chevrolet truck for five months. The document, however, reflected it was registered on March 5, 2007. Flores-Gomez explained he was traveling to San Diego, California to pick up his wife who was visiting a friend.

   B.    CBP Officer Cortez performed a cursory visual inspection of the open cargo bed of the defendant Chevrolet truck.

2

1  Officer Cortez noted the floor or deck of the cargo bed appeared
2  elevated and at a higher level than the factory-installed bed
3  floors of other similar vehicles he had encountered. He tapped
4  the surface of the floor of the cargo bed. The resulting sound
5  was unusual. Officer Cortez suspected a post-production false
6  floor had been installed, creating a concealed compartment between
7  the original cargo bed floor and the elevated one. Officer Cortez
8  knew traffickers of illegal drugs sometimes alter truck cargo beds
9  in that way to create smuggling compartments. Officer Cortez
10 again inquired of Flores-Gomez, and he again insisted he was
11 bringing nothing from Mexico. Flores-Gomez was escorted to the
12 secondary security office.
13         C.   CBP Officer Jacobo was assigned to complete the
14 inspection of the defendant Chevrolet truck. He discovered a
15 hidden access plate to the post-production cargo bed compartment.
16 The access plate was concealed in the passenger side rear wheel
17 well. The sheet metal access plate was covered with automobile
18 body putty and painted black. A coating of mud was intentionally
19 smeared over the entire area over and around the access plate to
20 further conceal it. Officer Jacobo used a screwdriver to pry back
21 the access plate. Upon removing the plate, Officer Jacobo
22 discovered a vast secret compartment located above the factory-
23 installed cargo bed, and below the post-production bed. The
24 compartment was filled with cellophane-wrapped packages.
25         D.   The officer selected one of the packages at random. He
26 extracted a morsel of its green vegetable contents and tested it
27 using a standard CBP-issued presumptive drug test device. The
28 test results confirmed the substance was marijuana, a Schedule I

Controlled Substance. Officer Jacobo discovered and seized a total of 58 packages from the cargo bed compartment. The combined net weight of the packages was approximately 77.35 kilograms or 170.17 pounds.

E. On May 25, 2007, Flores-Gomez was charged by way of complaint in the matter of <u>People v. Jorge Flores-Gomez</u>, case number CS211188 before the California Superior Court, County of San Diego, South County Division with violations of California Health and Safety Code Sections 11359, possession of marijuana for sale; 11360(a), transportation of marijuana; and 11366.8(a), use of a false compartment with the intent to conceal controlled substances. That same day, Flores-Gomez entered a plea of guilty to Count 1 of the complaint, thereby admitting his violation of Health and Safety Code Section 11359, possession of marijuana for sale, a felony. Imposition of sentence was suspended for three years. Flores-Gomez was sentenced to serve 170 days in jail and fined.

4. On or before the defendant Chevrolet truck had been used, was being used, or was intended to be used to facilitate the violation of Chapter 13, Title 21, United States Code.

5. As a result of the foregoing, the defendant Chevrolet truck is liable to condemnation and to forfeiture to the United States for its use in accordance with Title 21, United States Code, Section 881(a)(4).

6. As a result of the foregoing, the defendant Chevrolet truck is also liable to condemnation and to forfeiture to the United States as a vehicle used to facilitate the importation into the United States of a controlled substance, to wit: marijuana,

1  contrary to law, pursuant to Title 19, United States Code,
2  Section 1595a(a).
3      7.   On or about July 27, 2007, Flores-Gomez posted or caused
4  to be posted a claim and bond with the United States relative to
5  the defendant Chevrolet truck.  If the defendant Chevrolet truck
6  is ordered condemned and forfeited to the United States, the
7  plaintiff requests Flores-Gomez be ordered to pay to the
8  United States all the costs and expenses of the proceedings to
9  obtain such condemnation as provided in Title 19, United States
10 Code, Section 1608.
11     8.   The defendant Chevrolet truck is presently stored within
12 the jurisdiction of this Court.
13     WHEREFORE, the United States prays that due process issue to
14 enforce the forfeiture of the defendant Chevrolet truck, and that
15 due notice be given to all interested parties to appear and show
16 cause why said forfeiture should not be declared.
17     DATED:  December 18, 2007         KAREN P. HEWITT
                                         United States Attorney
18
19
                                         /s/ Bruce C. Smith
20                                       BRUCE C. SMITH
                                         Assistant U.S. Attorney

## VERIFICATION

I, Ryan Esgate, state and declare as follows:

1. I am a Special Agent with Immigration and Customs Enforcement and am chiefly responsible for this litigation.

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was furnished by official Government sources.

Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on December 18, 2007

_____
RYAN ESGATE
SPECIAL AGENT, ICE

JS44
(Rev. 07/89)

# CIVIL COVER SHEET ORIGINAL

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

I (a) PLAINTIFFS

UNITED STATES OF AMERICA

DEFENDANTS

'07 CV 2370 W LSP

ONE 2000 CHEVROLET SILVERADO TRUCK, BAJA CALIFORNIA, MEXICO LICENSE NO. AM9623, VIN 1GCEC14V1YZ248371, ITS TOOLS AND APPURTENANCES

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: (Defendant)
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

BRUCE C. SMITH, U.S. Attorney's Office
880 FRONT STREET, RM 6293
SAN DIEGO, CA 92101-8893
(619) 557-6963

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

[x] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business in This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

TITLE 21, UNITED STATES CODE, SECTION 881(a)(4)

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] Marine | [ ] 310 Airplane / [ ] 362 Personal Injury-Medical Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC | [ ] 410 Antitrust |
| [ ] Miller Act | [ ] 315 Airplane Product | [x] 625 Drug Related of Property 21 USC881 | PROPERTY RIGHTS | [ ] 430 Banks and Banking |
| [ ] Negotiable Instrument | [ ] 320 Assault, Libel & / [ ] 365 Personal Injury - Product Liability | | [ ] 820 Copyrights | [ ] 450 Commerce/ICC |
| [ ] 150 Recovery of &Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 630 Liquor Laws | [ ] 830 Patent | [ ] 460 Deportation |
| | [ ] 368 Asbestos Personal Product Liability | [ ] 640 RR & Truck | [ ] 840 Trademark | [ ] 470 Racketeer Influenced Corrupt Organizations |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs | SOCIAL SECURITY | |
| [ ] 152 Recovery of Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / PERSONAL PROPERTY | [ ] 660 Occupational | [ ] 861 HIA (1395ff) | [ ] 810 Selective Service |
| | [ ] 370 Other Fraud | [ ] 690 Other | [ ] 862 Black Lung (923) | [ ] 850 Exchange |
| [ ] 153 Recovery of of Veterans Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | LABOR | [ ] 863 DIWC/DIWW (405(g)) | |
| | [ ] 355 Motor Vehicle Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards | [ ] 864 SSID Title XVI | [ ] 875 Customer Challenge |
| [ ] 160 Stockholders Suits | | [ ] 720 Labor/Mgmt. Relations | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] Other Contract | [ ] 360 Other Personal / [ ] 385 Property Damage Product Liability | [ ] 730 Labor/Mgmt. Disclosure Act | FEDERAL TAX SUITS | [ ] 892 Economic |
| [ ] 195 Contract Product | | | [ ] 870 Taxes (U.S. or Defendant) | [ ] 893 Environmental |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 740 Railway Labor Act | | [ ] 894 Energy Allocation |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Habeas Corpus | [ ] 790 Other Labor | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 895 Freedom of |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 900 Appeal of Fee Under Equal Access to |
| [ ] 230 Rent Lease & | [ ] 443 / [ ] 530 General | | | |
| [ ] 240 Tort to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | | | [ ] 950 Constitutionality of |
| [ ] 245 Tort Product | [ ] 440 Other Civil Rights / [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory |
| [ ] 290 All Other Real | | [ ] 550 Civil Rights | | |
| | | [ ] 555 Prisoner Conditions | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

[x] 1 Original Proceeding
[ ] 2 Removal from State Court
[ ] 3 Remanded from Appelate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: [ ] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY (See JUDGE

Docket Number

DATE December 18, 2007

SIGNATURE OF ATTORNEY OF RECORD
/s/ Bruce Smith