```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ BRUCE C. SMITH
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 078225
   │ Federal Office Building
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ Telephone: (619) 557-6963
 6 │ Attorneys for Plaintiff
   │ United States of America
 7 │
```

ORIGINAL FILED

07 DEC 19 AM 8:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 2000 CHEVROLET SILVERADO TRUCK, BAJA CALIFORNIA, MEXICO LICENSE NO. BM86231 VIN 1GCEC14V1YZ248371, ITS TOOLS AND APPURTENANCES,<br><br>    Defendant. | Civil No.<br><br>**'07 CV 2370 W LSP**<br><br>EX PARTE MOTION TO APPOINT CUSTOMS AND BORDER PROTECTION AS CUSTODIAN |

    COMES NOW the Plaintiff, United States of America, and moves this Court, pursuant to General Order 273 issued by the Court, for an order appointing the Bureau of Customs and Border Protection (CBP), United States Department of Homeland Security, as custodian of the above-described defendant property upon execution of the warrant of arrest *in rem*. In support of this motion, the United States states as follows:

    1.    The CBP has been staffed with personnel experienced in providing for the management of properties such as the defendant in this case.

///

2. The CBP has consented to assume responsibility for the protection and safety of the defendant during the period the same remains in *custodia legis*.

3. The continued custody by the CBP following execution of the warrant of arrest *in rem* is necessary and in the best interests of the United States in this case given the nature of the defendant and the expertise within the CBP to provide for the management, protection and preservation of the defendant.

4. It is further requested that all reasonable expenditures incurred by the CBP be a first charge against the defendant.

WHEREFORE, the United States respectfully requests that this motion to appoint CBP as custodian of the defendant property be granted.

DATED: December 18, 2007

KAREN P. HEWITT
United States Attorney

BRUCE C. SMITH
Assistant U.S. Attorney