FILED
07 DEC 28 AM 11:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 07 CV 2370 W LSP |
| Plaintiff, ) | |
| ) | ORDER APPOINTING CUSTOMS |
| v. ) | AND BORDER PROTECTION |
| ) | AS CUSTODIAN |
| ONE 2000 CHEVROLET SILVERADO ) | |
| TRUCK, BAJA CALIFORNIA, ) | |
| MEXICO LICENSE NO. BM86231 ) | |
| VIN 1GCEC14V1YZ248371, ) | |
| ITS TOOLS AND APPURTENANCES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Upon a motion by plaintiff, United States of America, and it appearing that the Bureau of Customs and Border Protection (CBP), United States Department of Homeland Security, has consented to assume responsibility for the custody and maintenance of the above-named defendant property during the time it remains in the custody of this Court under its process herein,

   IT IS HEREBY ORDERED that upon the arrest of the defendant, the CBP shall be custodian of the defendant on behalf of this Court until further order.

///

///

1  IT IS FURTHER ORDERED that all reasonable expenditures
2  incurred by CBP be a first charge against the defendant.
3  DATED: 12/27/07

_____
UNITED STATES DISTRICT JUDGE