FILED

JAN 2 2008

DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ap DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ONE 2000 CHEVROLET SILVERADO<br>TRUCK, BAJA CALIFORNIA,<br>MEXICO LICENSE NO. BM86231<br>VIN 1GCEC14V1YZ248371,<br>ITS TOOLS AND APPURTENANCES,<br><br>  Defendant. | Civil 07 CV 2370 W LSP<br><br>WARRANT FOR ARREST<br>IN ACTION IN REM |

TO: ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER OF THE
BUREAU OF CUSTOMS AND BORDER PROTECTION (CBP),
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

YOU ARE HEREBY COMMANDED to attach the Defendant,

  **ONE 2000 CHEVROLET SILVERADO
  TRUCK, BAJA CALIFORNIA,
  MEXICO LICENSE NO. BM86231
  VIN 1GCEC14V1YZ248371,
  ITS TOOLS AND APPURTENANCES,**

in the above-entitled action, and to detain the same in your custody until further order of the Court, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and forfeited to the United States pursuant to the prayer of the Complaint on file herein, that they

must file their claims with the Clerk of this Court within 30 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof.

DATED: JAN 0 2 2008

W. SAMUEL HAMRICK, JR. Clerk

By _A. Eve____ (SEAL)
Deputy

(SEAL)