```
 1  KAREN P. HEWITT
    United States Attorney
 2  BRUCE C. SMITH
    Assistant U.S. Attorney
 3  California State Bar No. 078225
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6963
    E-mail: bruce.smith@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  ) | Civil No. 07cv2370-W(LSP) |
|---|---|
| ) | |
| Plaintiff, ) | DECLARATION OF AND REQUEST FOR |
| ) | CLERK'S ENTRY OF DEFAULT AS TO |
| ) | THE INTEREST OF JORGE FLORES |
| ) | GOMEZ AND ALL OTHER POTENTIAL |
| ONE 2000 CHEVROLET SILVERADO ) | CLAIMANTS |
| TRUCK, BAJA CALIFORNIA, ) | |
| MEXICO LICENSE NO. BM86231 ) | |
| VIN 1GCEC14V1YZ248371, ) | |
| ITS TOOLS AND APPURTENANCES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

    I, Bruce Smith, Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

    1.    On December 19, 2007, a Complaint for Forfeiture was filed in the above action in the United States District Court for the Southern District of California against the above defendant. On December 26, 2007, the defendant was seized and arrested by the United States Customs and Border Protection, who thereafter took possession and custody of the defendant, pursuant to the Court's Order appointing the United States Secret Service as custodian, dated December 28, 2007.

1    2.   On January 15, 2008, January 22, 2008, and January 29,
2  2008, pursuant to Rule G(5), Supplemental Rules for Admiralty or
3  Maritime and Asset Forfeiture Claims, notice was published in the
4  <u>San Diego Commerce.</u>
5    3.   On December 27, 2007, a Notice of Complaint and a copy
6  of the Complaint for Forfeiture were sent by certified mail as
7  follows:

8  | <u>Name and address</u> | <u>Article No.</u> | <u>Result</u> |
   |---|---|---|
9  | Jorge Flores Gomez<br>Calle C #1224<br>Popular 2 C.P. 22819<br>Ensenada, B.C., Mexico | RR238422057US | No Receipt Returned |

12   From the time of said notice, no claim or answer has been
13 filed by anyone regarding the above-named defendant.
14   For the foregoing reasons, it is requested that the Clerk of
15 the Court enter a default against the interest of Jorge Flores
16 Gomez and all other potential claimants regarding the above
17 mentioned defendant.
18   I declare under penalty of perjury that the foregoing is true
19 and correct.
20   DATED: March 3, 2008.

21          Respectfully submitted,

22          KAREN P. HEWITT
            United States Attorney
23
            s/Bruce C. Smith
24
            BRUCE C. SMITH
25          Assistant U.S. Attorney
            Attorneys for Plaintiff
26          United States of America
            E-mail: <u>bruce.smith@usdoj.gov</u>
27
28             2