# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>vs<br><br>One 2000 Chevrolet Silverado Truck, Baja California, Mexico License No. BM86231 VIN1GCEC14V1YZ248371, Its Tools and Appurtenances<br><br>　　　　　　　　　　　　　Defendant, | **Civil No.**　　07cv2370 W (LSP)<br><br>**DEFAULT** |

　　　It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 12/19/07 has been regularly served; and it appears from the affidavit of counsel for Plaintiff and the records herein that Claimants have failed to plead or otherwise defend said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counsel for Plaintiff, the DEFAULT AS TO THE INTEREST OF JORGE FLORES GOMEZ AND ALL OTHER POTENTIAL CLAIMANTS IS HEREBY ENTERED.

**Entered On:**　　3/4/08　　　　　　　　　　　　W. SAMUEL HAMRICK, JR., CLERK

　　　　　　　　　　　　　　　　　　　　By:　_[signature]_____
　　　　　　　　　　　　　　　　　　　　　　　　A. Everill, Deputy