1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963
   E-mail: bruce.smith@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No. 07cv2370-W(LSP) |
| | ) |
| Plaintiff, | ) NOTICE OF MOTION AND MOTION FOR |
| | ) JUDGMENT BY DEFAULT AS TO THE |
| v. | ) INTEREST OF JORGE FLORES GOMEZ |
| | ) AND ALL POTENTIAL CLAIMANTS |
| ONE 2000 CHEVROLET SILVERADO | ) |
| TRUCK, BAJA CALIFORNIA, | ) |
| MEXICO LICENSE NO. BM86231 | ) DATE: April 14, 2008 |
| VIN 1GCEC14V1YZ248371, | ) TIME: 10:30 a.m. |
| ITS TOOLS AND APPURTENANCES, | ) CTRM: 7 |
| | ) |
| Defendant. | ) NO ORAL ARGUMENT PURSUANT |
| | ) TO LOCAL RULE |
| | ) |

   TO:   JORGE FLORES GOMEZ, PRO PER

   PLEASE TAKE NOTICE that on April 14, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Thomas J. Whelan, United States District Court, Courtroom 7, 940 Front Street, San Diego, California, Plaintiff, United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney, and Bruce Smith, Assistant United States Attorney, will move the Court, pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, for a judgment by default in the instant case as to the interest of Jorge Flores Gomez and all potential claimants.

   ///
   ///
   ///
   ///

1     This motion is based on the files and records of this case, including the Clerk's Entry of Default dated March 4, 2008, (Government's Exhibit 1) as well as the attached Memorandum of Points and Authorities and Declaration of Bruce C. Smith (Government's Exhibit 2).

DATED:  March 10, 2008.

                                  Respectfully submitted,

                                  KAREN P. HEWITT
                                  United States Attorney

                                  s/Bruce C. Smith

                                  BRUCE C. SMITH
                                  Assistant U.S. Attorney
                                  Attorneys for Plaintiff
                                  United States of America
                                  E-mail: bruce.smith@usdoj.gov

1 KAREN P. HEWITT
United States Attorney
2 BRUCE C. SMITH
Assistant U.S. Attorney
3 California State Bar No. 078225
Federal Office Building
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 Telephone: (619) 557-6963
E-mail: bruce.smith@usdoj.gov

6
Attorneys for Plaintiff
7 United States of America

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           ) Civil No. 07cv2370-W(LSP)
                                      )
11         Plaintiff,                 ) CERTIFICATE OF
                                      ) SERVICE BY MAIL
12     v.                             )
                                      )
13 ONE 2000 CHEVROLET SILVERADO       )
   TRUCK, BAJA CALIFORNIA,            )
14 MEXICO LICENSE NO. BM86231         )
   VIN 1GCEC14V1YZ248371,             )
15 ITS TOOLS AND APPURTENANCES,       )
                                      )
16         Defendant.                 )
                                      )
17 _____)

18 IT IS HEREBY CERTIFIED THAT:

19    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

20

21    I am not a party to the above-entitled action. I have caused service of **Notice Of Motion And Motion For Judgment Of Default As To The Interest Of Jorge Flores Gomez And All Other Potential Claimants** on the following parties by electronically filing the foregoing with the Clerk of
22 the District Court using its ECF System, which electronically notifies them.

23    None.

24    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

25
        Jorge Flores Gomez
26      Calle C #1224
        Popular 2 C.P. 22819
27      Ensenada, B.C., Mexico

28 ///

1  the last known address, at which place there is delivery service of mail from the United States Postal Service.

2  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on March 10, 2008.

s/Bruce C. Smith