1 | KAREN P. HEWITT
United States Attorney
2 | BRUCE C. SMITH
Assistant U.S. Attorney
3 | California State Bar No. 078225
Federal Office Building
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-6963
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Civil No. 07cv2370-W(LSP) |
|---|---|
| Plaintiff, | ) TABLE OF CONTENTS FOR EXHIBITS |
| | ) IN SUPPORT OF PLAINTIFF'S MOTION |
| v. | ) FOR JUDGMENT BY DEFAULT AS TO |
| | ) THE INTEREST OF JORGE FLORES |
| ONE 2000 CHEVROLET SILVERADO TRUCK, BAJA CALIFORNIA, MEXICO LICENSE NO. BM86231 VIN 1GCEC14V1YZ248371, ITS TOOLS AND APPURTENANCES, | ) GOMEZ AND ALL POTENTIAL CLAIMANTS |
| Defendant. | ) |

| Exhibits | | Pages |
|---|---|---|
| Exhibit 1: | Clerk's Entry Of Default filed 3/04/08 | 12 |
| Exhibit 2: | Declaration Of Bruce C. Smith In Support Of Motion For Default Judgment | 13-14 |

07cv237000011

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>                                    Plaintiff,<br><br>vs<br><br>One 2000 Chevrolet Silverado Truck, Baja California, Mexico License No. BM86231 VIN1GCEC14V1YZ248371, Its Tools and Appurtenances<br><br>                                   Defendant, | Civil No.    07cv2370 W (LSP)<br>DEFAULT |

It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 12/19/07 has been regularly served; and it appears from the affidavit of counsel for Plaintiff and the records herein that Claimants have failed to plead or otherwise defend said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counsel for Plaintiff, the DEFAULT AS TO THE INTEREST OF JORGE FLORES GOMEZ AND ALL OTHER POTENTIAL CLAIMANTS IS HEREBY ENTERED.

**Entered On:**    3/4/08                                    W. SAMUEL HAMRICK, JR., CLERK

                                                                    By: _____
                                                                              A. Everill, Deputy

1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963
   E-mail: bruce.smith@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            )  Case No. 07cv2370-W(LSP)
                                        )
11         Plaintiff,                   )  DECLARATION OF BRUCE C. SMITH
                                        )  IN SUPPORT OF MOTION FOR
12     v.                               )  DEFAULT JUDGMENT
                                        )
13 ONE 2000 CHEVROLET SILVERADO         )
   TRUCK, BAJA CALIFORNIA,              )
14 MEXICO LICENSE NO. BM86231           )
   VIN 1GCEC14V1YZ248371,               )
15 ITS TOOLS AND APPURTENANCES,         )
                                        )
16         Defendant.                   )
                                        )
17 _____)

18         I, Bruce C. Smith, declare:

19         1.      I am the Assistant United States Attorney primarily responsible for the prosecution

20 of this case. I have prepared this Declaration based upon my review of the Court's docket and the

21 file maintained by the U.S. Attorney's office with respect to this case.

22         2.      On December 19, 2007, a Complaint for Forfeiture was filed in the above action in

23 the United States District Court for the Southern District of California against the above defendant.

24 On December 26, 2007, the defendant was seized and arrested by the United States Customs and

25 Border Protection, who thereafter took possession and custody of the defendant, pursuant to the

26 Court's Order appointing the United States Secret Service as custodian, dated December 28, 2007.

27 ///

28 ///

3. On January 15, 2008, January 22, 2008, and January 29, 2008, pursuant to Rule G(5), Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, notice was published in the <u>San Diego Commerce.</u>

4. On December 27, 2007, a Notice of Complaint and a copy of the Complaint for Forfeiture were sent by certified mail as follows:

| Name and address | Article No. | Result |
|---|---|---|
| Jorge Flores Gomez<br>Calle C #1224<br>Popular 2 C.P. 22819<br>Ensenada, B.C., Mexico | RR238422057US | No Receipt Returned |

5. From the time of said notice, no claim or answer has been filed regarding the above-named defendant.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

DATED: March 10, 2008.

s/Bruce C. Smith
BRUCE C. SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: bruce.smith@usdoj.gov