# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

United States of America,

                Plaintiff(s)

           **V.**                    **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

One 2000 Chevrolet Silverado Truck, Baja
California, Mexico License No. BM86231, VIN
1GCEC14V1YZ248371, Its Tools and
Appurtenances,                        **CASE NUMBER:**        07cv2370 W (LSP)

                Defendant(s)

    **Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been
rendered.

    IT IS HEREBY ORDERED AND ADJUDGED

The Clerk shall enter final judgment for Plaintiff United States of America, and this judgment shall forfeit the
interests of all claimants and potential claimants, including Jorge Flores-Gomez, in the Defendant Chevrolet truck.

| | |
|---|---|
| April 23, 2008 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
| | s/ A. Everill |
| | (By) |
| |     Deputy Clerk |
| | ENTERED ON April 23, 2008 |